**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**District of Kansas**

Case number (*If known*): _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
|---|---|---|
| 1. **Debtor's name** | Matrix Electronic Measuring Inc. | |
| 2. **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | DBA The Matrix Wand | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 32-0236432 | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1725 Vortex Ave. | P.O. Box 1246 |
| Number       Street | Number       Street |
| | P.O. Box |
| Salina        KS      67401 | Salina        KS      67402 |
| City                State      ZIP Code | City                State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Saline County | 850 Pacific Court |
| County | Number       Street |
| | Salina        KS      67401 |
| | City                State      ZIP Code |

| | | |
|---|---|---|
| 5. **Debtor's website** (URL) | www.thematrixwand.com | |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding  LLP) <br> ☐ Other. Specify: _____ | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .
333310

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ / ___ / _____ Case number _____
                                     MM / DD / YYYY

            District _____ When _____ / ___ / _____ Case number _____
                                       MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

            District _____ When _____ / ___ / _____
                                          MM / DD / YYYY

            Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☑ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

  What is the hazard? _____

- ☐ It needs to be physically secured or protected from the weather.

- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

- ☐ Other _____

**Where is the property?** _____
Number          Street

_____

_____
City                                State          ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency _____

  Contact name _____

  Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

- ☐ Funds will be available for distribution to unsecured creditors.
- ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million

- [x] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million

- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

---

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___09/07/2023___
MM / DD / YYYY

✘ ___/s/ Travis Young___
Signature of authorized representative of debtor

Title ___President___

Travis Young
Printed name

**18. Signature of attorney**

✘ ___/s/ Neil Sader___
Signature of attorney for debtor

Date ___09/07/2023___
MM / DD / YYYY

Neil Sader
Printed name

Sader Law Firm, LLC
Firm name

2345 Grand Blvd. Suite 2150
Number          Street

Kansas City
City

MO
State

64108
ZIP Code

816-561-1818
Contact phone

nsader@saderlawfirm.com
Email address

16437
Bar number

KS
State

---

**Fill in this information to identify the case:**

Debtor name    Matrix Electronic Measuring Inc.

United States Bankruptcy Court for the:   District of Kansas

                                              (State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

### Part 1:   Summary of Assets

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ...........................................................................

   $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* .........................................................................

   $ ____ 1,495,237.41

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ...........................................................................

   $ ____ 1,495,237.41

---

### Part 2:   Summary of Liabilities

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ............

   $ ____ 3,503,219.63

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*............................................

   $ _____ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ...............

   +$ ____ 1,348,669.84

4. **Total liabilities** ...................................................................................................................
   Lines 2 + 3a + 3b

   $ ____ 4,851,889.47

**Fill in this information to identify the case:**

Debtor name _Matrix Electronic Measuring Inc._

United States Bankruptcy Court for the: _District of Kansas_

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| **Part 1:** | **Cash and cash equivalents** |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|
| 2. **Cash on hand** | $ 0.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Bennington State Bank | Checking | 0 3 8 9 | $ 111,437.64 |
| 3.2. | | | | $ |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | | $ |
| 4.2. | | $ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $ 111,437.64

| **Part 2:** | **Deposits and prepayments** |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | | $ |
| 7.2. | | $ |

Official Form 206A/B                Schedule A/B: Assets — Real and Personal Property                page 1

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $_____

---

### Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  | | | Current value of debtor's interest |
|---|---|---|---|

**11. Accounts receivable**

| 11a. 90 days old or less: | 73,106.00 | − | 0.00 | = ........➜ | $ 73,106.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | 0.00 | − | 0.00 | = ........➜ | $ 0.00 |
| | face amount | | doubtful or uncollectible accounts | | |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 73,106.00

---

### Part 4:    Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1. _____ | _____ | $_____ |
|---|---|---|
| 14.2. _____ | _____ | $_____ |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                          % of ownership:

| 15.1._____ | _____% | _____ | $_____ |
|---|---|---|---|
| 15.2._____ | _____% | _____ | $_____ |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| 16.1._____ | _____ | $_____ |
|---|---|---|
| 16.2._____ | _____ | $_____ |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

Official Form 206A/B          **Schedule A/B: Assets — Real and Personal Property**          page 2

## Part 5:  Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** <br> Work in Progress | 06/30/2023 <br> MM / DD / YYYY | $_____ | _____ | 65,102.71 <br> $_____ |
| **21. Finished goods, including goods held for resale** <br> Finished Goods | 06/30/2023 <br> MM / DD / YYYY | $_____ | _____ | 78,694.75 <br> $_____ |
| **22. Other inventory or supplies** <br> New Camera & Lenses (Used for R & D) | _____ <br> MM / DD / YYYY | $_____ | _____ | 1,200.00 <br> $_____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 249,791.53

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method_____ Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** <br> _____ | $_____ | _____ | $_____ |
| **29. Farm animals** Examples: Livestock, poultry, farm-raised fish <br> _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) <br> _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** <br> _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** <br> _____ | $_____ | | $_____ |

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| **Part 7:** | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>Office Furniture | $_____ | _____ | $ 2,347.43 |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | · _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 2,347.43

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Official Form 206A/B      **Schedule A/B: Assets — Real and Personal Property**      page 4

| Debtor | Matrix Electronic Measuring Inc. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** See continuation sheet | $ 0.00_____ | _____ | $ 1,058,554.81_____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 1,058,554.81

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

Official Form 206A/B      **Schedule A/B: Assets — Real and Personal Property**      page 5

| Debtor | Matrix Electronic Measuring Inc. | Case number *(if known)*_____ |
|--------|------------------------------------|-----------|
| | Name | |

## Part 9: Real property

54. **Does the debtor own or lease any real property?**
   - ☐ No. Go to Part 10.
   - ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Salina Vortex Corporation<br>1725 Vortex Avenue | | $_____ | _____ | 0.00<br>$_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**
   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

   | 0.00<br>$ |
   |---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   - ☑ No
   - ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   - ☑ No
   - ☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
   - ☐ No. Go to Part 11.
   - ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>thematrixwand.com | $_____ | _____ | 0.00<br>$_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**
   Add lines 60 through 65. Copy the total to line 89.

   | 0.00<br>$ |
   |---|

Official Form 206A/B      Schedule A/B: Assets — Real and Personal Property      page 6

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____   _____ — _____ = ➜   $_____
                                     Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $_____

_____   Tax year _____   $_____

_____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

D & O Policy, Federal Insurance Company - Policy No. xxxx-2988 E

$ 0.00

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____   $_____

Nature of claim   _____

Amount requested   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   $_____

Nature of claim   _____

Amount requested   $_____

76. **Trusts, equitable or future interests in property**

_____   $_____

77. **Other property of any kind not already listed**   *Examples:* Season tickets, country club membership

_____   $_____

_____   $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Official Form 206A/B   Schedule A/B: Assets — Real and Personal Property   page 7

| Debtor | Matrix Electronic Measuring Inc. | Case number (if known) |
|---|---|---|
| | Name | |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 111,437.64 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 73,106.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 249,791.53 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 2,347.43 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 1,058,554.81 | |
| 88. **Real property.** *Copy line 56, Part 9.* ..................................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 1,495,237.41 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................. 1,495,237.41    $ 1,495,237.41

## Continuation Sheet for Official Form 206 A/B

**50) Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | |
|---|---|---|
| **Pre-paid Software Development** | **62316.75** | **0.00** |
| **Wand Hardware** | | **704.32** |
| **CarFax Release** | | **473,943.71** |
| **Wand Software** | | **56,265.00** |
| **NexGen Camera Wand** | | **527,641.78** |
| **HD/Truck Wand Development** | **3000.00** | **0.00** |

# Matrix Electronic Measuring Inc.

## July 28, 2023

| Item | Description | Quantity On Hand | Cost | Extended Avg Cost |
|---|---|---|---|---|
| BA1010-V1 | MAGNET MAGA HOOK.. | 3 | 8.63 | 25.88 |
| BA1309-V1 | 13X17 Calibration Board.. | 15 | 41.21 | 618.13 |
| BA1310-V1 | Sheets Printed (15 x 20.5).. | 19 | 23.50 | 446.50 |
| BA1876-V1 | Fiducal Decal.. | 26 | 2.17 | 56.33 |
| BP1024-V1 | CART TABLE TOP.. | 13 | 153.00 | 1,989.00 |
| BP1031-V1 | MATRIX WAND CART LOGO, CRADLE SIDE DECAL 14 X 17.. | 20 | 7.95 | 159.00 |
| BP1032-V1 | MATRIX WAND CART LOGO, SEAL DECALS 2 X 2.. | 126 | 2.95 | 371.39 |
| BP1075-V1 | 6FT HDMI CABLE (Computer to Monitor).. | 6 | 3.80 | 22.80 |
| BP1145-V1 | CRADLE.. | 39 | 65.54 | 2,556.06 |
| BP1160-V1 | 1/4 X 2 5/16" ZINC J-BOLT.. | 7 | 0.59 | 4.13 |
| BP1235-V1 | HP DESK JET PRINTER.. | 3 | 79.99 | 239.97 |
| BP1236-V1 | 1 FOOT EXTENSION CORD.. | 1 | 1.40 | 1.40 |
| BP1237-V1 | Cart Cover.. | 2 | 204.00 | 408.00 |
| CA1348-V1 | LOGICS WIRELESS MOUSE.. | 3 | 26.33 | 78.99 |
| CA1349-V1 | COMPUTER & CHARGER.. | 4 | 1,309.81 | 5,239.24 |
| WA1014-V1 | D5300 NIKON DSLR CAMERA BODY ONLY BLACK | 37 | 429.00 | 15,873.00 |
| WA1015-V1 | D5300 CHARGER ONLY | 81 | 41.52 | 3,363.12 |
| WA1020-V1 | AF NIKKOR 20MM F/2.8D LENS.. | 9 | 551.21 | 4,960.89 |
| WA1025-V1 | EN-EL14A RECHARGEABLE LI-ION BATTERY TRK D5300 & S | 21 | 35.25 | 740.25 |
| WA1030-V1 | 62MM UV #010 MULTI COATED FILTER LENS.. | 31 | 29.95 | 928.45 |
| WA1045-V1 | 16B Micro SDHCUltra Plus/Extreme        D5300 .. | 38 | 8.49 | 322.62 |
| WA1060-V1 | Jumper Board D5300  S&Y (4) per System.. | 15 | 92.02 | 1,380.30 |
| WA1068-V1 | 4-Port USB 2.0 Hub Acrox.. | 1 | 7.78 | 7.78 |
| WA1070-V1 | AUTO WRITER PEN.. | 1 | 4.15 | 4.15 |
| WA1075-V1 | BackBone | 3 | 277.00 | 831.00 |
| WA1077-V1 | USB CABLE UC-E6  Car (Inside Wand).. | 9 | 7.95 | 71.55 |
| WA1080-V1 | WAND URETHANE PARTS SET.. | 3 | 1,200.00 | 3,600.00 |
| WA1081-V1 | mem_card_door | 4 | 14.00 | 56.00 |
| WA1090-V1 | PAINT SLS PARTS SET D5300.. | 3 | 200.00 | 600.00 |
| WA1091-V1 | QUICK CHECK REFERENCE  & BINDER.. | 3 | 7.00 | 21.00 |
| WA1105-V1 | 150MM WIRING HARNESS D5300.. | 66 | 40.00 | 2,640.00 |
| WA1107-V1 | 700MM WIRING HARNESS D5300.. | 70 | 45.00 | 3,150.00 |
| WA1200-V1 | SPACER BLOCK | 52 | 11.00 | 572.00 |
| WA1210-V1 | SCREEN SUPPORT.. | 59 | 19.50 | 1,150.50 |
| WA1214-V1 | COVER SUPPORT.. | 60 | 19.50 | 1,170.00 |
| WA1216-V1 | SHIM BLOCK D5300.. | 14 | 4.02 | 56.28 |
| WA1220-V1 | CLIP.. | 33 | 18.68 | 616.44 |
| WA1230-V1 | MATRIX BUTTONS | 54 | 6.70 | 361.80 |
| WA1250-V1 | SERIAL NUMBER PLATE SET .. | 11 | 12.00 | 132.00 |
| WA1320-V1 | MATRIX WAND CASE.. | 15 | 319.86 | 4,797.90 |
| SB1237-V1 | PENS.. | 207 | - | - |
| SB1238-V1 | HATS.. | 32 | 15.45 | 494.40 |
| MEMCPO-V1 | Pre-Owned Certified Matrix Wand 3D Measuring System | 1 | 10,000.00 | 10,000.00 |
| CPO-828N | Certified Pre-Owned | 1 | 13,625.00 | 13,625.00 |
| MEMWA-V1 | Matrix Wand 3D Measuring System.. | 1 | 8,114.15 | 8,114.15 |
| MEMWA-V2 | Matrix Wand 3D Measuring System | 1 | 7,148.92 | 7,148.92 |
| | | | Total | 99,006.40 |

☐ Check if this is an
    amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☐ Yes. Fill in all of the information below.

**Part 1:**   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Creditor's name**<br>Bennington State Bank | **Describe debtor's property that is subject to a lien**<br>All Inventory, Equipment and Fixtures | $ 641,997.17 | $ 1,495,237.41 |

**Creditor's mailing address**

P.O. Box 3197

Salina, KS 67402

**Creditor's email address, if known**

_____

**Date debt was incurred**   02/2008

**Last 4 digits of account number**   0389

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor,

**Describe the lien**

Agreement you made, Commerical Security

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| | | | |
|---|---|---|---|
| **2.2** **Creditor's name**<br>Lee Young | **Describe debtor's property that is subject to a lien**<br>A/R, Inventory, Goodwill | $56,086.32 | $0.00 |

**Creditor's mailing address**

1725 Vortex Avenue

Salina, KS 67401

**Creditor's email address, if known**

_____

**Date debt was incurred**   10/2009

**Last 4 digits of account number**   5607

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 3,503,219.63

| Debtor | Matrix Electronic Measuring Inc. | Case number (if known)_____ |
|---|---|---|
| | Name | |

## Part 1: | Additional Page

| | | **Amount of claim** | **Value of collateral that supports this claim** |
|---|---|---|---|
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** **Creditor's name**
Matrix Electronic Measuring Properties, LLC

**Describe debtor's property that is subject to a lien**

Blanket Lien

$403,225.39     $ 0.00

**Creditor's mailing address**

1725 Vortex Avenue
Salina, KS 67401

**Creditor's email address, if known**

**Date debt was incurred** 01/01/2021
**Last 4 digits of account number** _____

**Describe the lien**

Agreement you made, Security Agreement t

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4** **Creditor's name**
Salina Vortex Corp.

**Describe debtor's property that is subject to a lien**

A/R, Inventory, Goodwill

$2,370,973.64     $ 0.00

**Creditor's mailing address**

1725 Vortex Ave.
Salina, KS 67401

**Creditor's email address, if known**

**Date debt was incurred** 11/01/2015
**Last 4 digits of account number** 5600

**Describe the lien**

Personal Property also located at 850 Pacific

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | page _2_ of _4_

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5** Creditor's name
Thomas Srack - Bridge Loan

**Describe debtor's property that is subject to a lien**

Cash from Series A Stock

$13,128.90          $0.00

**Creditor's mailing address**

279 N. 170th Rd.
Bennington, KS 67422

**Creditor's email address, if known**

**Date debt was incurred** 07/2009
**Last 4 digits of account number** 5606

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.6** Creditor's name
Wild Rhino LLC

**Describe debtor's property that is subject to a lien**

A/R, Inventory, Goodwill

$17,808.21          $0.00

**Creditor's mailing address**

1725 Vortex Avenue
Salina, KS 67401

**Creditor's email address, if known**

**Date debt was incurred** 09/20/2010
**Last 4 digits of account number** 5610

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page _3_ of _4_

Debtor  Matrix Electronic Measuring Inc.
_____        Case number (if known)_____
　　　Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|--------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|------------------------------------------------------------|-------------------------------------------------|
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

Form 206D          Official Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**          page _4_ of _4_

**Fill in this information to identify the case:**

Debtor    Matrix Electronic Measuring Inc.

United States Bankruptcy Court for the:   District of Kansas

Case number
(If known)                           

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☑ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Total claim $_____    Priority amount $_____

Date or dates debt was incurred

_____

Basis for the claim:

Last 4 digits of account
number   _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

**2.2**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$_____    $_____

Date or dates debt was incurred

_____

Basis for the claim:

Last 4 digits of account
number   _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

**2.3**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$_____    $_____

Date or dates debt was incurred

_____

Basis for the claim:

Last 4 digits of account
number   _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

Official Form 206E/F      Schedule E/F: Creditors Who Have Unsecured Claims      page 1 of 9

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  |  | Amount of claim |
|---|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
Amazon Web Services, Inc.
410 Terry Ave. North
Seattle, WA, 98109

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 314.74

**Date or dates debt was incurred** 6/2018
**Last 4 digits of account number** 5541

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
American Express
PO Box 6031
Carol Stream, IL, 60197

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 687.90

**Date or dates debt was incurred** 2017
**Last 4 digits of account number** 2007

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
Connie Eustace Conv. Debt
P.O. Box 356
Salina, KS, 67402

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 16,984.32

**Date or dates debt was incurred** 3/8/2012
**Last 4 digits of account number** 5605

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
Cope Plastics, Inc
P.O. Box 368
Godfrey, IL, 62035

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 48.04

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
George Jerkovich IRA Conv. Debt
501 S. Santa Fe. Suite 300
Salina, KS, 67401

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 27,616.74

**Date or dates debt was incurred** 2/2/2012
**Last 4 digits of account number** 5602

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
George Jerkovich IRA Conv. Debt
501 S. Santa Fe. Suite 300
Salina, KS, 67401

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 10,739.85

**Date or dates debt was incurred** 2/2/2012
**Last 4 digits of account number** 5602

**Is the claim subject to offset?**
☑ No
☐ Yes

Official Form 206E/F                           Schedule E/F: Creditors Who Have Unsecured Claims                          page 2 of 9

| Debtor | Matrix Electronic Measuring Inc. | Case number (*if known*)_____ |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.7** **Nonpriority creditor's name and mailing address**

Guidelight Business Solutions
301 E. Plasant Street
Amherst, MA, 01002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 311,008.16

| Date or dates debt was incurred | 09/2008 | **Is the claim subject to offset?** |
|---|---|---|
| Last 4 digits of account number | | ☑ No ☐ Yes |

---

**3.8** **Nonpriority creditor's name and mailing address**

HCI LLC & HCI LLC 02
11208 Delmar St.
Shawnee Mission, KS, 66211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 101,444.16

| Date or dates debt was incurred | 12/18/2015 | **Is the claim subject to offset?** |
|---|---|---|
| Last 4 digits of account number | 5612 | ☑ No ☐ Yes |

---

**3.9** **Nonpriority creditor's name and mailing address**

Janet Srack 01
279 N. 170th Road
Bennington, KS, 67422

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 120,836.28

| Date or dates debt was incurred | 3/31/2010 | **Is the claim subject to offset?** |
|---|---|---|
| Last 4 digits of account number | 5603 | ☑ No ☐ Yes |

---

**3.10** **Nonpriority creditor's name and mailing address**

Janet Srack 02
279 N. 170th Road
Bennington, KS, 67422

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 15,609.05

| Date or dates debt was incurred | 10/2010 | **Is the claim subject to offset?** |
|---|---|---|
| Last 4 digits of account number | 5603 | ☑ No ☐ Yes |

---

**3.11** **Nonpriority creditor's name and mailing address**

Janet Srack 03
279 N. 170th Road
Bennington, KS, 67422

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 2,954.23

| Date or dates debt was incurred | 5/29/2013 | **Is the claim subject to offset?** |
|---|---|---|
| Last 4 digits of account number | 5603 | ☑ No ☐ Yes |

| Debtor | Matrix Electronic Measuring Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12** Nonpriority creditor's name and mailing address

Janet Srack 04
279 N. 170th Road
Bennington, KS, 67422

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 4,608.64

| Date or dates debt was incurred | 8/5/2013 |
| Last 4 digits of account number | 5603 |

Is the claim subject to offset?
☑ No
☐ Yes

**3.13** Nonpriority creditor's name and mailing address

Janet Srack 05
279 N. 170th Road
Bennington, KS, 67422

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 57,083.36

| Date or dates debt was incurred | |
| Last 4 digits of account number | 5603 |

Is the claim subject to offset?
☑ No
☐ Yes

**3.14** Nonpriority creditor's name and mailing address

Joan Myers Jerkovich Conv. Debt
539 Upper Mill Heights
Salina, KS, 67401

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Monies Loaned / Advanced

$ 150,354.24

| Date or dates debt was incurred | 1/24/2012 |
| Last 4 digits of account number | 5603 |

Is the claim subject to offset?
☑ No
☐ Yes

**3.15** Nonpriority creditor's name and mailing address

Kent M. Berkley Trust Conv. Debt
P.O. Box 180
Salina, KS, 67402

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Monies Loaned / Advanced

$ 20,098.84

| Date or dates debt was incurred | 2/2/2012 |
| Last 4 digits of account number | 5604 |

Is the claim subject to offset?
☑ No
☐ Yes

**3.16** Nonpriority creditor's name and mailing address

Matrix Electronic Measuring Properties, LLC
1725 Vortex Avenue
Salina, KS, 67401

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Secure License Fee

$ 269,147.11

| Date or dates debt was incurred | 10/15/2010 |
| Last 4 digits of account number | 5614 |

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Matrix Electronic Measuring Inc. | Case number (if known)_____ |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17** Nonpriority creditor's name and mailing address

Mitchell International, Inc.
P.O. Box 229001
San Diego, CA, 92192

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 21,914.25

| Date or dates debt was incurred | 05/2008 |
|---|---|
| Last 4 digits of account number | 3354 |

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address

NCKCN
dba StartUp Kansas
P.O. Box 565
Beloit, KS, 67420

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Monies Loaned / Advanced

$ 11,171.88

| Date or dates debt was incurred | 05/2008 |
|---|---|
| Last 4 digits of account number | 0120 |

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address

Nikon Inc.
Wells Fargo Lock Box Operations
1740 Broadway-Lower Level 3
Denver, CO, 80274

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ Unknown

| Date or dates debt was incurred | 10/2021 |
|---|---|
| Last 4 digits of account number | 3179 |

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address

North Central Kansas Community Network Co.
109 N. Mill Street
P.O. Box 565
Beloit, KS, 67420

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Assigned by Four Rivers Development, Inc.

$ 8,005.54

| Date or dates debt was incurred | |
|---|---|
| Last 4 digits of account number | 0115 |

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.21** Nonpriority creditor's name and mailing address

Oser Communications Group
PO Box 30520
Tucson, AZ, 85751

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Invoice No. 82515

$ 3,500.00

| Date or dates debt was incurred | 11/3/2021 |
|---|---|
| Last 4 digits of account number | |

Is the claim subject to offset?
☑ No
☐ Yes

Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | page 5 of 9

| Debtor | Matrix Electronic Measuring Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 22**   **Nonpriority creditor's name and mailing address**

Pho-Tech Service Center
110 N. Main
Box 638
Hesston, KS, 67062

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 100.00

Date or dates debt was incurred    2008

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3. 23**   **Nonpriority creditor's name and mailing address**

Salina Vortex Corp
1725 Vortex Ave.
Salina, KS, 67401

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Not Notes Payable

$ 44,319.43

Date or dates debt was incurred    04/2009

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    5211

---

**3. 24**   **Nonpriority creditor's name and mailing address**

Sandhills Investment Group
c/o Mr. Scott Henderson
2129 Humburger Road
Salina, KS, 67401

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 37,192.65

Date or dates debt was incurred    11/15/2012

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    5606

---

**3. 25**   **Nonpriority creditor's name and mailing address**

Spencer Fane Britt & Browne LLP
1000 Walnut Street
Suite 1400
Kansas City, MO, 64106

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Legal Services

$ 40,380.19

Date or dates debt was incurred    06/2011

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    7592

---

**3. 26**   **Nonpriority creditor's name and mailing address**

Tom Srack
279 N. 170th Road
Bennington, KS, 67422

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 14,169.63

Date or dates debt was incurred    06/14/2010

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    5606

Official Form 206E/F      Schedule E/F: Creditors Who Have Unsecured Claims     

| Debtor | Matrix Electronic Measuring Inc. | Case number (if known)_____ |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** `27` **Nonpriority creditor's name and mailing address**

Web Creations & Consulting
119 W. Iron, FL 2
Salina, KS, 67401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 73.20

| Date or dates debt was incurred | 2019 |
|---|---|
| Last 4 digits of account number | |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** `28` **Nonpriority creditor's name and mailing address**

WHI 02 Wichita Holdings, Inc.
Ms. Patricia Brashed
7829 E. Rockhill, #307
Wichita, KS, 67206

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 32,945.16

| Date or dates debt was incurred | 12/18/2015 |
|---|---|
| Last 4 digits of account number | 5613 |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** `29` **Nonpriority creditor's name and mailing address**

WHI Wichita Holdings, Inc.
c/o Ms. Patricia Brashed
7829 E. Rockchild #307
Wichita, KS, 67206

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 25,000.00

| Date or dates debt was incurred | |
|---|---|
| Last 4 digits of account number | |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** `30` **Nonpriority creditor's name and mailing address**

ZoHo Corp.
4141 Hacienda Drive
San Jose, CA, 95113

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 362.25

| Date or dates debt was incurred | 08/2018 |
|---|---|
| Last 4 digits of account number | |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ___ **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

| Date or dates debt was incurred | |
|---|---|
| Last 4 digits of account number | |

**Is the claim subject to offset?**
☐ No
☐ Yes

Case 23-21075   Doc# 1   Filed 09/11/23   Page 26 of 77

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | American Express<br>1801 NW 66th Ave., Suite 103<br>Fort Lauderdale, FL, 33313 | Line 3.2<br><br>☐ Not listed. Explain: | _____ |
| 4.2. | | Line ____<br><br>☐ Not listed. Explain | _____ |
| 4.3. | | Line ____<br><br>☐ Not listed. Explain | _____ |
| 4.4. | | Line ____<br><br>☐ Not listed. Explain | _____ |
| 41. | | Line ____<br><br>☐ Not listed. Explain | _____ |
| 4.5. | | Line ____<br><br>☐ Not listed. Explain | _____ |
| 4.6. | | Line ____<br><br>☐ Not listed. Explain | _____ |
| 4.7. | | Line ____<br><br>☐ Not listed. Explain | _____ |
| 4.8. | | Line ____<br><br>☐ Not listed. Explain | _____ |
| 4.9. | | Line ____<br><br>☐ Not listed. Explain | _____ |
| 4.10. | | Line ____<br><br>☐ Not listed. Explain | _____ |
| 4.11. | | Line ____<br><br>☐ Not listed. Explain | _____ |

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 1,348,669.84 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,348,669.84 |

Fill in this information to identify the case:

Debtor name    Matrix Electronic Measuring Inc.

United States Bankruptcy Court for the:    District of Kansas

Case number (If known): _____    Chapter  7

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Account No. 7001639209<br>Lessee | Zoom<br>55 Almaden Blvd.<br>San Jose, CA, 95113 |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Account No. 235894137<br>Lessee | GoDaddy Operating Company LLC<br>2155 E. GoDaddy Way<br>Tempe, AZ, 85284 |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Account No. 445649495541<br>Lessee | Amazon Web Services, Inc.<br>410 Terry Ave. North<br>Seattle, WA, 98109 |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | support@thematrixwand.com<br>Lessee | DropBox, Inc.<br>1800 Owen Street<br>San Francisco, CA, 94158 |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Executory Contract<br>Lessee | Mitchell International, Inc.<br>P.O. Box 229001<br>San Diego, CA, 92192 |

Official Form 206G                    Schedule G: Executory Contracts and Unexpired Leases                    page 1 of  16

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Subscription Service Lessor | O.K.C. Autobody Inc. 1830 N Market Sparta, IL, 62286 |
| | State the term remaining | | |
| | List the contract number o any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Subscription Service Lessor | Randy's Body Shop 1008 Kentucky Ave Paducah, KY, 42003 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Subscription Service Lessor | Russom's CARSTAR Collision 2340 Upper Finley RD. Dyersburg, TN, 38024 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Subscription Service Lessor | Key Buick GMC Hyundai 4660 Southside Blvd Jacksonville, FL, 32216 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Subscription Service Lessor | Fix Auto Decarie 5400 Rue Ferrier, Ville Mont-Royal, QC, H4P 1M2 , |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | Subscription Service Lessor | George's Paint & Body 200 E. 32nd St. Bryan, TX, 77803 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | Month to Month lease - 1725 Vortex Avenue, Salina, Kansas Lessee | Salina Vortex Corporation 1725 Vortex Ave. Salina, KS, 67401 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Official Form 206G          Schedule G: Executory Contracts and Unexpired Leases          page _2_ of _16_

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | Subscription Service Lessor | Hjelm's Body Shop<br>111 W. 13th st<br><br>Helena, MT, 59601 |
| | State the term remaining | | |
| | List the contract number o any government contract | | |
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | Subscription Service Lessor | Majestic Auto Body<br>1456 N 25th E<br><br>Idaho Falls, ID, 83401 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | Subscription Service Lessor | MC AUTO BODY<br>2122 KALIAWA ST<br><br>Honolulu, HI, 96819 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** | Subscription Service Lessor | Auto Body Hawaii<br>73-56501 Maiau Street<br><br>Kailua Kona, HI, 96740 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | Subscription Service Lessor | CARSTAR Ellis Brothers Collision<br>4935 Technical Drive<br><br>Milford, MI, 48380 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | Subscription Service Lessor | CARSTAR Precision Collision Auto Body<br>13928 233rd Street<br><br>Cold Spring, MN, 56320 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | Subscription Service Lessor | Anderson & Koch Ford- Body Shop<br>5577 St Croix Trail<br><br>New Branch, MN, 55056 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.20 **State what the contract or lease is for and the nature of the debtor's interest** — Subscription Service Lessor<br>**State the term remaining**<br>**List the contract number o any government contract** | Auto Fix South Bay<br>1401 AVIATION BOULEVARD<br><br>Redondo Beach, CA, 90278 |
| 2.21 **State what the contract or lease is for and the nature of the debtor's interest** — Subscription Service Lessor<br>**State the term remaining**<br>**List the contract number of any government contract** | David's Collision Repair Inc.<br>900 West Street<br><br>Georgetown, TX, 78626 |
| 2.22 **State what the contract or lease is for and the nature of the debtor's interest** — Subscription Service Lessor<br>**State the term remaining**<br>**List the contract number of any government contract** | Auto Tech Services Inc<br>1856 Lone Star Road<br><br>Mansfield, TX, 76063 |
| 2.23 **State what the contract or lease is for and the nature of the debtor's interest** — Subscription Service Lessor<br>**State the term remaining**<br>**List the contract number of any government contract** | B & D Autobody<br>1488 Clark Drive, Vancouver, BC, V5L 3K8<br><br>, |
| 2.24 **State what the contract or lease is for and the nature of the debtor's interest** — Subscription Service Lessor<br>**State the term remaining**<br>**List the contract number of any government contract** | Hampden Auto Body<br>2801 West Hampden Ave.<br><br>Englewood, CO, 80110 |
| 2.25 **State what the contract or lease is for and the nature of the debtor's interest** — Subscription Service Lessor<br>**State the term remaining**<br>**List the contract number of any government contract** | Ken Vance Motors<br>2900 Lorch Ave.<br><br>Eau Claire, WI, 54701 |
| 2.26 **State what the contract or lease is for and the nature of the debtor's interest** — Subscription Service Lessor<br>**State the term remaining**<br>**List the contract number of any government contract** | O'Hare Auto Body<br>1316 W. Irving Park Road<br><br>Bensenville, IL, 60106 |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number o any government contract** | Subscription Service Lessor | Performance Collision Center<br> 3396 Port Union Rd<br><br>Fairfield, OH, 45014 |
| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Subscription Service Lessor | Sines Body Shop, Inc.<br> 2425 West Old Farmington Road<br><br>Fayetteville, AR, 72702 |
| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Subscription Service Lessor | Troy CARSTAR<br> 15 N Kings Chapel Dr<br><br>Troy, OH, 45373 |
| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Subscription Service Lessor | Bebrick Collision<br> 1515 La Salle Ave<br><br>Waco, TX, 76706 |
| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Subscription Service Lessor | First Aid Collision<br> 369 Rockwood Rd<br><br>Arden, NC, 28704 |
| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Subscription Service Lessor | Fix Auto Redlands<br> 1976 Essex Ct<br><br>Redlands, CA, 92373 |
| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Subscription Service Lessor | Iowa Auto Rebuilders<br> 2550 Ranchero Rd.<br><br>Waterloo, IA, 50701 |

Official Form 206G              Schedule G: Executory Contracts and Unexpired Leases                          page _5_ of _16_

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | Subscription Service Lessor | Long Collision Center 9 Sutton Rd Webster, MA, 01570 |
| | State the term remaining | | |
| | List the contract number o any government contract | | |
| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | Subscription Service Lessor | Waldron's CARSTAR Auto Body 125 Elm St. Marlborough, MA, 01752 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | Subscription Service Lessor | APC Auto Body 28 Ventura Dr North Dartmouth, MA, 02747 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | Subscription Service Lessor | Buntings Auto Body LLC 1405 Xenium Lane North (PCC180) Minneapolis, MN, 55441 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | Subscription Service Lessor | Carrillo & Sons Collison Center Inc. 4680 Old Cliffs Rd San Diego, CA, 92120 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | Subscription Service Lessor | CARSTAR Poplar Bluff 624 S. Westwood Blvd. Poplar Bluff, MO, 63901 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | Subscription Service Lessor | Carstar Brampton 110 Advance Blvd., Brampton, ON, L6T 4J4 , |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest** | Subscription Service Lessor | Corporativo Boya S.A de C.V. Mariano Abasolo 612 <br><br> San Pedro Garza Garcia, 66237 |
| | **State the term remaining** | | |
| | **List the contract number o any government contract** | | |
| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest** | Subscription Service Lessor | CARSTAR of Hayden 1770 W Hayden Ave. <br><br> Hayden, ID, 83835 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest** | Subscription Service Lessor | Coggin Collision Center Of Arlington 7245 Blanding Blvd <br><br> Jacksonville, FL, 32244 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest** | Subscription Service Lessor | Collimotive Carstar 2822 Forsyth Rd Ste-101 <br><br> Winter Park, FL, 32792 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest** | Subscription Service Lessor | Mr. B's Paint & Body 1410 Valencia Dr. SE <br><br> Albuquerque , NM, 87108 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest** | Subscription Service Lessor | CARSTAR Porter's Kearney Body 104 W Main St <br><br> Kearney , MO, 64060 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest** | Subscription Service Lessor | CARSTAR Scola's Collision Center 9110 Ogden Avenue <br><br> Brookfield , IL, 60513 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Official Form 206G            Schedule G: Executory Contracts and Unexpired Leases            page _7_ of _16_

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.48** State what the contract or lease is for and the nature of the debtor's interest | Subscription Service Lessor |
| State the term remaining | Flower Hill Auto Body 165 Shore Rd |
| List the contract number o any government contract | Glenwood Landing , NY, 11547 |
| **2.49** State what the contract or lease is for and the nature of the debtor's interest | Subscription Service Lessor |
| State the term remaining | Perfection Auto Inc. 811 Garfield St. |
| List the contract number of any government contract | Oak Park , IL, 60304 |
| **2.50** State what the contract or lease is for and the nature of the debtor's interest | Subscription Service Lessor |
| State the term remaining | Precision Autobody Repair 2326 Ave C, North, Saskatoon, SK, S7L5X5 |
| List the contract number of any government contract | , |
| **2.51** State what the contract or lease is for and the nature of the debtor's interest | Subscription Service Lessor |
| State the term remaining | CARSTAR Scola's Collision Center 9110 Ogden Avenue |
| List the contract number of any government contract | Brookfield , IL, 60513 |
| **2.52** State what the contract or lease is for and the nature of the debtor's interest | Subscription Service Lessor |
| State the term remaining | Collimotive Carstar 2822 Forsyth Rd Ste-101 |
| List the contract number of any government contract | Winter Park , FL, 32792 |
| **2.53** State what the contract or lease is for and the nature of the debtor's interest | Subscription Service Lessor |
| State the term remaining | Weaver's Body Shop of Gettysburg 5670 Hanover Road |
| List the contract number of any government contract | Hanover, PA, 17331 |
| **2.54** State what the contract or lease is for and the nature of the debtor's interest | Subscription Service Lessor |
| State the term remaining | Conestoga Collision, LLC 961 Lancaster Ave |
| List the contract number of any government contract | Berwyn, PA, 19312 |

Official Form 206G   Schedule G: Executory Contracts and Unexpired Leases   page _8_ of _16_

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | Subscription Service Lessor | Crawford Body Shop<br>1240 Albion Avenue<br><br>Burley, ID, 83318 |
| | State the term remaining | | |
| | List the contract number o any government contract | | |
| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | Subscription Service Lessor | Cutting Edge Refinishing, Inc dba Cutting<br>350 E Irvington Rd<br><br>Tucson, AZ, 85714 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | Subscription Service Lessor | DCR/Classic Accident Repair Center<br>1810 Peachtree Industrial Blvd., Ste 250<br><br>Duluth, GA, 30097 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | Subscription Service Lessor | McLaughlin Motors Inc<br>4104 41st Street<br><br>Moline, IL, 61265 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.59 | State what the contract or lease is for and the nature of the debtor's interest | Subscription Service Lessor | Perfection Auto Body<br>700 S Pine St.<br><br>Burlington, WI, 53105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.60 | State what the contract or lease is for and the nature of the debtor's interest | Subscription Service Lessor | Porter Auto Body East<br>300 E. Clevland Ave<br><br>Newark, DE, 19711 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.61 | State what the contract or lease is for and the nature of the debtor's interest | Subscription Service Lessor | Waldron's A-1 Auto Body<br>164 High Street Extension<br><br>Lancaster, MA, 01523 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Official Form 206G    Schedule G: Executory Contracts and Unexpired Leases    page 9 of 16



## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.62 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number o any government contract | Subscription Service<br>Lessor | FRANK'S ACCURATE BODY SHOP<br>684 E I-10 SERVICE RD<br><br>Slidell, LA, 70461 |
| 2.63 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Subscription Service<br>Lessor | DCR Systems LLC<br>1810 Peachtree Industrial Blvd., Ste 250<br><br>Duluth, GA, 30097 |
| 2.64 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Subscription Service<br>Lessor | Midway Collision Center<br>155 Rte 108, PO Box 149<br><br>Somersworth, NH, 03878 |
| 2.65 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Subscription Service<br>Lessor | Mitchell's Crash Repair<br>1021 15th St N<br><br>Great Falls, MT, 59401 |
| 2.66 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Subscription Service<br>Lessor | Ogston's Body & Paint<br>50 West Central Entrance<br><br>Duluth, MN, 55811 |
| 2.67 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Subscription Service<br>Lessor | Porter Auto Body West<br>300 E. Cleveland Avenue<br><br>Newark, DE, 19711 |
| 2.68 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Subscription Service<br>Lessor | Randazzo's Gallery Collision Center Inc.<br>385 East North Street<br><br>Bradley, IL, 60915 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.69** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number o any government contract | Subscription Service Lessor | Sound Collision Center<br> 750 Rainier Ave S<br><br>Renton, WA, 98057 |
| **2.70** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Subscription Service Lessor | DJ Sullivan Collision<br> 10 Lone Street<br><br>Marshfield, MA, 02050 |
| **2.71** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Subscription Service Lessor | Eustis Body Shop<br> 110 N. Main Street<br><br>Eustis, NE, 69028 |
| **2.72** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Subscription Service Lessor | First Aid Collision<br> 369 Rockwood Rd<br><br>Arden, NC, 28704 |
| **2.73** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Subscription Service Lessor | Sidney Body CARSTAR<br> 175 E. Stolle Ave<br><br>Sidney, OH, 45365 |
| **2.74** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Subscription Service Lessor | The Body Shop<br> 702 S Monaco Pkwy<br><br>Denver, CO, 80224 |
| **2.75** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Subscription Service Lessor | Universal Collision Centre<br>3910 Rochdale Blvd., Regina, SK, S4X 4P7<br><br>, |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.76 | **State what the contract or lease is for and the nature of the debtor's interest** | Subscription Service Lessor | D&M Auto Body<br>352 E. Main Street<br><br>Rockaway, NJ, 07866 |
| | State the term remaining | | |
| | List the contract number o any government contract | | |
| 2.77 | **State what the contract or lease is for and the nature of the debtor's interest** | Subscription Service Lessor | Jerry Rhynes Collision Repair<br>10200 Ablemarle Road<br><br>Charlotte, NC, 28227 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.78 | **State what the contract or lease is for and the nature of the debtor's interest** | Subscription Service Lessor | Rife's Autobody - Grandview<br>2300 Cardigan Ave<br><br>Columbus, OH, 43215 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.79 | **State what the contract or lease is for and the nature of the debtor's interest** | Subscription Service Lessor | Tucker Auto Body & Towing<br>463 West Aten Road<br><br>Imperial, CA, 92251 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.80 | **State what the contract or lease is for and the nature of the debtor's interest** | Subscription Service Lessor | Body Builders Automotive, Inc<br>3960 Industrial Ave<br><br>Rolling Meadows, IL, 60008 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.81 | **State what the contract or lease is for and the nature of the debtor's interest** | Subscription Service Lessor | Coggin Collision Center Of Orange Park<br>7245 Blanding Blvd<br><br>Jacksonville, FL, 32244 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.82 | **State what the contract or lease is for and the nature of the debtor's interest** | Subscription Service Lessor | ELI'S AUTO CENTER<br>8435 W. 3RD STREET<br><br>Los Angeles, CA, 90048 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Official Form 206G    Schedule G: Executory Contracts and Unexpired Leases    page 12 of 16



### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.83 | **State what the contract or lease is for and the nature of the debtor's interest** | Subscription Service Lessor | Ron's Collision Center<br>918 Storystown Rd<br><br>Somerset, PA, 15501 |
| | **State the term remaining** | | |
| | **List the contract number o any government contract** | | |
| 2.84 | **State what the contract or lease is for and the nature of the debtor's interest** | Subscription Service Lessor | Three C Body Shop<br>2300 Briggs Road<br><br>Columbus, OH, 43223 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.85 | **State what the contract or lease is for and the nature of the debtor's interest** | Subscription Service Lessor | ENS Collision<br>285 Venture Cresent, Saskatoon, SK, S7K 6N8<br><br>, |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.86 | **State what the contract or lease is for and the nature of the debtor's interest** | Subscription Service Lessor | Jones Auto Wrecking<br>1408 W Darlington St<br><br>Florence, SC, 29501 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.87 | **State what the contract or lease is for and the nature of the debtor's interest** | Subscription Service Lessor | Russom's CARSTAR Collision-Cape Girardeau<br>450 Siemers Drive<br><br>Cape Girardeau, MO, 63701 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.88 | **State what the contract or lease is for and the nature of the debtor's interest** | Subscription Service Lessor | Russom's CARSTAR Collision - Rutherford<br>432 N. Trenton Street<br><br>Rutherford, TN, 38369 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.89 | **State what the contract or lease is for and the nature of the debtor's interest** | Subscription Service Lessor | Thomas Waldron CARSTAR Auto Body<br>225 Grafton Street<br><br>Worcester, MA, 01604 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Official Form 206G          Schedule G: Executory Contracts and Unexpired Leases          page 13 of 16


**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.90 | State what the contract or lease is for and the nature of the debtor's interest | Subscription Service Lessor | A&B Autobody<br>1650 Winnipeg Street, Regina, SK, S4P 1E8<br><br>, |
| | State the term remaining | | |
| | List the contract number o any government contract | | |
| 2.91 | State what the contract or lease is for and the nature of the debtor's interest | Subscription Service Lessor | MAURICE'S AUTO REPAIR & TOWING<br>2940 Drane Field Road<br><br>Lakeland, FL, 33811 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.92 | State what the contract or lease is for and the nature of the debtor's interest | Subscription Service Lessor | Collision Specialists Inc<br>1410 21st Ave NW<br><br>Austin, MN, 55912 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.93 | State what the contract or lease is for and the nature of the debtor's interest | Subscription Service Lessor | Lenny's Auto Body<br>540 Wareham St<br><br>Middleboro, MA, 02346 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.94 | State what the contract or lease is for and the nature of the debtor's interest | Subscription Service Lessor | Manuel Collision Center, Inc.<br>18120 County Road 3560<br><br>Ada, OK, 74820 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.95 | State what the contract or lease is for and the nature of the debtor's interest | Subscription Service Lessor | Westchester Classic Cars & Coachwork LTD<br>7 Shalvoys Ln<br><br>Danbury, CT, 06810 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.96 | State what the contract or lease is for and the nature of the debtor's interest | Subscription Service Lessor | Fix Auto Springfield<br>3445 Main Street<br><br>Springfield, OR, 97478 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Official Form 206G    Schedule G: Executory Contracts and Unexpired Leases    page __14__ of __16__

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.97 | **State what the contract or lease is for and the nature of the debtor's interest** | Subscription Service Lessor | Garage Landry ET Fils<br>303 William, Drummondville, QC, J2C 3C2<br><br>, |
| | **State the term remaining** | | |
| | **List the contract number o any government contract** | | |
| 2.98 | **State what the contract or lease is for and the nature of the debtor's interest** | Subscription Service Lessor | Northside Collision<br>12227 San Pedro Ave<br><br>San Antonio , TX, 76216 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.99 | **State what the contract or lease is for and the nature of the debtor's interest** | Subscription Service Lessor | Johnny's Pro Auto Body<br>1010 US-64 East<br><br>Wynne, AR, 72396 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.100 | **State what the contract or lease is for and the nature of the debtor's interest** | Subscription Service Lessor | Top Gun Autobody<br>2809 York Road<br><br>Helena, MT, 59602 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.101 | **State what the contract or lease is for and the nature of the debtor's interest** | Subscription Service Lessor | Top Gun Autobody - Townsend<br>7675 US-287<br><br>Townsend, MT, 59644 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.102 | **State what the contract or lease is for and the nature of the debtor's interest** | Amended and Restated License and Purchase Agreement Lessee | Matrix Electronic Measuring Properties, LLC<br>1725 Vortex Avenue<br>Salina, KS, 67401 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.103 | **State what the contract or lease is for and the nature of the debtor's interest** | Subscription Service Lessor | Purnell Body Shop<br>211 Blue Ball Ave.<br><br>Elkton, MD, 21921 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Official Form 206G   Schedule G: Executory Contracts and Unexpired Leases   page 15 of 16

| Debtor | Matrix Electronic Measuring Inc. | Case number (if known) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 104 | **State what the contract or lease is for and the nature of the debtor's interest** | Subscription Service Lessor | Valley Collision II 645 E San Bernardino Rd  Covina, CA, 91723 |
| | **State the term remaining** | | |
| | **List the contract number o any government contract** | | |
| 2. 105 | **State what the contract or lease is for and the nature of the debtor's interest** | Subscription Service Lessor | V&J Auto Body 941 Wellwood Ave  Lindenhurst, NY, 11757 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Official Form 206G                    Schedule G: Executory Contracts and Unexpired Leases                    page __16__ of __16__

**Fill in this information to identify the case:**

Debtor name ___Matrix Electronic Measuring Inc.___

United States Bankruptcy Court for the: ___District of Kansas___

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 Janet & Robert Srack | 279 N. 170th Road<br>Bennington, KS 67422 | Bennington State Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 Janet Srack | 279 N. 170th Road<br>Bennington, KS 67422 | American Express | ☐ D<br>☑ E/F<br>☐ G |
| 2.3 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | ☐ D<br>☐ E/F<br>☐ G |

Official Form 206H                                   Schedule H: Codebtors                                   page 1 of __1__

**Fill in this information to identify the case:**

Debtor name ___Matrix Electronic Measuring Inc.___

United States Bankruptcy Court for the: District of Kansas

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 07/19/2023 <br> MM / DD / YYYY | to  Filing date | ☑ Operating a business <br> ☐ Other | $ 207,922.76 |
| **For prior year:** | From 01/01/2022 <br> MM / DD / YYYY | to  12/31/2022 <br> MM / DD / YYYY | ☑ Operating a business <br> ☐ Other | $ 500,900.95 |
| **For the year before that:** | From 01/01/2021 <br> MM / DD / YYYY | to  12/31/2021 <br> MM / DD / YYYY | ☑ Operating a business <br> ☐ Other | $ 603,133.03 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 07/19/2023 <br> MM / DD / YYYY | to  Filing date | _____ | $ 0.00 |
| **For prior year:** | From 01/01/2022 <br> MM / DD / YYYY | to  12/31/2022 <br> MM / DD / YYYY | _____ | $ 0.00 |
| **For the year before that:** | From 01/01/2021 <br> MM / DD / YYYY | to  12/31/2021 <br> MM / DD / YYYY | ERC Payments | $ 34,415.00 |

---

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | Bennington State Bank<br>Creditor's name<br>P.O. Box 3197<br>Salina, KS 67402 | 06/30/2023 | $ 12,715.00 | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _____<br>Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____<br>Insider's name<br><br><br>Relationship to debtor<br>_____ | _____<br>_____<br>_____ | $_____ | |
| 4.2. | _____<br>Insider's name<br><br><br>Relationship to debtor<br>_____ | _____<br>_____<br>_____ | $_____ | |

Debtor    Matrix Electronic Measuring Inc.
_____    Case number (*if known*)_____
    Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____ <br> Creditor's name | | _____ | $_____ |
| 5.2. _____ <br> Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ <br> Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

---

### Part 3:   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. _____ <br><br> **Case number** <br> _____ <br> _____ | | | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |
| 7.2. **Case title** _____ <br><br> **Case number** <br> _____ <br> _____ | | **Court or agency's name and address** _____ | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ | | _____ | $_____ |
| Recipient's name | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. _____ | | _____ | $_____ |
| Recipient's name | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

---

| Part 6: | Certain Payments or Transfers |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

|  | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Sader Law Firm, LLC | Flat Fee Legal Fees $50,000.00 plus $5,000.00 towards expenses; SLF also maintains $359.75 in trust for Debtor from early 2022 representation. | 07/12/2023 | $ 55,000.00 |
|  | **Address** |  |  |  |
|  | 2345 Grand Blvd. Suite 2150 Kansas City, MO 64108 |  |  |  |
|  | **Email or website address** |  |  |  |
|  | _____ |  |  |  |
|  | **Who made the payment, if not debtor?** |  |  |  |
|  | _____ |  |  |  |

|  | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ |  | _____ | $_____ |
|  | **Address** |  |  |  |
|  | _____ |  |  |  |
|  | **Email or website address** |  |  |  |
|  | _____ |  |  |  |
|  | **Who made the payment, if not debtor?** |  |  |  |
|  | _____ |  |  |  |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | | _____ | $_____ |
| **Trustee** | | | |
| _____ | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

**Part 7:  Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. | From _____ To _____ |
| 14.2. | From _____ To _____ |

Debtor    Matrix Electronic Measuring Inc. _____     Case number *(if known)*_____

          Name

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankrupties**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____<br>Facility name | | _____ |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | | | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | _____<br>Facility name | | _____ |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | | | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

     Does the debtor have a privacy policy about that information?

       ☐ No

       ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

     Yes. Does the debtor serve as plan administrator?

       ☐ No. Go to Part 10.

       ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

     Has the plan been terminated?

       ☐ No

       ☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
| --- | --- |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
| --- | --- | --- | --- |
| | | | $_____ |
| _____ Name | | | |

| **Part 12:** | **Details About Environmental Information** |
| --- | --- |

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |
| _____ | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| _____ | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |
| _____ Name | _____ Name | | _____ |

---

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____    To _____ |
| 25.2. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____    To _____ |
| 25.3. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____    To _____ |

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Scott E. Henderson <br> Name <br> Long & Associates Public Accountants, Inc., 300 S. Ninth Street, Suite 103, Salina KS 67401 | From 01/01/2008 <br> To 08/31/2023 |

| Name and address | Dates of service |
|---|---|
| 26a.2. _____ <br> Name | From _____ <br> To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____ <br> Name | From _____ <br> To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. _____ <br> Name | From _____ <br> To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Jessica Sander, Controller <br> Name <br> Salina Vortex Corporation, 1725 Vortex Avenue, Salina KS 67401 | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2. _____
Name

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

26d.1. _____
Name

| Name and address |
|---|

26d.2. _____
Name

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1. _____
Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |
| **Name and address of the person who has possession of inventory records** | | |
| 27.2. _____ | | |
| Name | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Travis Young | 1725 Vortex Ave., Salina, KS 67401 | President | |
| John Divine | P.O. Box 2206, Salina, KS 67402 | Board Chair | |
| Matrix Electronic Measuring, LP | 1725 Vortex Road, Salina, KS 67401 | | 51.70 |
| Hansen Capital Investments, LLC | 11208 Delmar St., Shawnee Mission, KS 66211 | Share Holder | 0.188 |
| David Nicol | 9871 W. 83rd St., Shawnee Mission, KS 66204 | Share Holder-Series A | 0.470 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**
☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?
☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ | _____ | _____ | |
| Name | | | |
| | | _____ | |
| | | _____ | |
| **Relationship to debtor** | | _____ | |
| _____ | | | |

| Name and address of recipient | | _____ | _____ |
|---|---|---|---|
| 30.2 | | | |
| | Name _____ | | _____ |
| | | | _____ |
| | | | _____ |
| Relationship to debtor | | | _____ |
| | _____ | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

---

**Part 14:     Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   09/07/2023
              MM  / DD  / YYYY

✘ /s/ Travis Young _____        Printed name  Travis Young _____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  President _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☒ Yes

## Continuation Sheet for Official Form 207

**28) Additional people in control of the debtor at the time of the filing of this case**

| | | |
|---|---|---|
| George W. Easter | 638 Highland Ave, Salina, KS 67401 | 0.470 |
| Doug Weller | 108 N. Bradley, Salina, KS 67401 | 0.940 |
| MVA Capital Group | 7829 E. Rockhill #307, Wichita, KS 67206 | 6.016 |
| KTEC Holdings, Inc | 109 SW 9th St. Suite 5, Topeka, KS 66612 | 2.820 |
| Kent & Marcy Buer | 1413 Austin Circle, Salina, KS 67401 | 0.008 |
| R & B Investment LLC/Joseph R. Beck | 905 West Crawford, Clay Center, KS 67432 | 0.038 |
| R & B Investment LLC/Brian Rieger | 905 West Crawford, Clay Center, KS 67432 | 0.038 |
| Jeffrey Thompson | 1725 Vortex Ave., Salina, KS 67401 | |
| Charles Walker | 500 Graves Blvd. P.O. Box 856, Salina, KS 67402 | 0.470 |
| North Central Kansas Community Network, Co | 109 N. Mill St., Beloit, KS 67420 | 0.940 |
| Joan Myers Hoffman | 539 Upper Mill Heights, Salina, KS 67401 | 0.752 |
| Thomas R. & or Annette R. Lough | P.O. Box 367, Haysville, KS 67060 | 0.014 |
| Wichita Holdings, Inc. | 7829 E. Rockhill #307, Wichita, KS 67206 | 3.478 |
| Russ Barragree | , Salina, KS 67401 | 0.203 |
| Tammy McArthur | 858 Eastridge, Salina, KS 67401 | 0.071 |
| Mid-America Angels Investments, LLC | 8527 Blue Jacket St., Shawnee Mission, KS 66214 | 8.674 |
| Lee Young | 3324 S. Simpson Rd., Salina, KS 67401 | 0.188 |
| John Peterson | 2020 Eastbank Dr., Salina, KS 67401 | 0.188 |
| William J. Myers | 2530 Flor De Sol, Salina, KS 67401 | 0.940 |
| David A. Payne & Wealtha | 100 River Place #4, | 0.470 |

Official Form 207                    Statement of Financial Affairs for Non-Individuals

## Continuation Sheet for Official Form 207

| | | |
|---|---|---|
| Ann Payne | Salina, KS 67401 | |
| Deborah Devine Trust | 1748 Glen Ave., Salina, KS 67401 | 0.470 |
| Karen Hale Young Trust | 4300 N. Ohio St., Salina, KS 67401 | 1.410 |
| R & B Investment LLC/Brian Rieger | 905 West Crawford, Clay Center, KS 67432 | 0.470 |
| R & B Investment LLC/Joseph R. Beck | 905 West Crawford, Clay Center, KS 67432 | 0.470 |
| Tammie McArthur | 858 Eastridge, Salina, KS 67401 | 1.880 |
| Connie J. Eustace | P.O. Box 356, Salina, KS 67402 | 0.470 |
| North Central Kansas Community Network, Co | 109 N. Mill St., Beloit, KS 67420 | 0.104 |
| Mid-America Angels Investments, LLC | 8527 Blue Jacket St., Shawnee Mission, KS 66214 | 0.278 |
| John Divine Trust | 1748 Glen Ave., Salina, KS 67401 | 0.075 |
| Karen Hale Young Trust | 4300 N. Ohio St., Salina, KS 67401 | 0.157 |
| David J. Nicol | 9871 W. 83rd St., Shawnee Mission, KS 66204 | 0.075 |
| Richard L. & Janice E. Edwards | 7920 E. Hwy 24, Manhattan, KS 66502 | 0.188 |
| Kevin R. & Mary L. Peterson | 652 Briarcliff Rd., Salina, KS 67401 | 0.029 |
| Kent D. & Marcy L. Buer | 1413 Austin Circle, Salina, KS 67401 | 0.014 |
| Julie Sager Miller Trust | 949 Balow Dr., Salina, KS 67401 | 0.021 |
| Joel M. Berry | 807 Morning Dove Ct., Lawrence, KS 66049 | 0.014 |
| DVK Enterprises | 13880 W. 30th Ave., Golden, CO 80401 | 0.188 |
| Starr Group Inc. | 6301 Charrington Dr., Englewood, CO 80111 | 0.038 |
| Cheryl R. Meier Living Trust | 3191 S. Simpson Rd., Salina, KS 67401 | 0.029 |
| Kevin L. & Cheryl M. | 1307 Bentley, Salina, KS | 0.029 |

Official Form 207                    Statement of Financial Affairs for Non-Individuals

## Continuation Sheet for Official Form 207

Myers                           67401

Robert M. & Barbara M.          360 S. Morris, Salina,     0.038
Pickrell                        KS 67401

Thrower Family Trust            845 1800 Avenue, Abilene,  0.038
                                 KS 67410

Kent M. Berkley                 2130 S. Ohio, Salina, KS   0.038
                                67401

Wichita Technology              7829 E. Rockhill #307,     0.285
Ventures, LLC                   Wichita, KS 67206

Mollie Carter                   421 Country Club Rd.,      0.143
                                Salina, KS 67401

John Divine Trust               1748 Glen Ave., Salina,    0.470
                                KS 67401

Kent M. Berkley Trust           2130 S. Ohio, Salina, KS   0.029
                                67401

Darwin G. & Kathleen K.         P.O. Box 367, Haysville,   0.029
Knoll (JTWRS)                   KS 67060

Justin R. Lough                 P.O. Box 367, Haysville,   0.014
                                KS 67060

George S. Jerkovick             501 S. Santa Fe. Suite     0.188
                                300, Salina, KS 67401

KS Center for                   1845 Fairmont, Wichita,    0.421
Entrepreneurship                KS 67206

Connie J. Eustace               P.O. Box 356, Salina, KS   0.084
                                67402

Salina Vortex Corp              1725 Vortex Ave., Salina,  2.208
                                 KS 67401

Joel M. Berry                   807 Morning Dove Ct.,      0.008
                                Lawrence, KS 66049

Thomas Wortmann                 5638 Center St., Omaha,     0.676
                                NE 68106

Rebecca Johnson                 360 Maple Ave., Salina,    0.007
                                KS 67401

Kent M. Berkley Trust           2130 S. Ohio, Salina, KS   0.099
                                67401

George S. Jerkovick             501 S. Santa Fe. Suite     0.188
                                300, Salina, KS 67401

Sandhills Investment            2129 Humburger Rd.,        0.188
Group                           Salina, KS 67401

Official Form 207                   **Statement of Financial Affairs for Non-Individuals**

**Fill in this information to identify the case and this filing:**

Debtor Name    Matrix Electronic Measuring Inc.

United States Bankruptcy Court for the:    District of Kansas

Case number (*If known*): _____

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   09/07/2023      ✖ /s/ Travis Young
         MM / DD / YYYY       Signature of individual signing on behalf of debtor

                                 Travis Young
                                 Printed name

                                 President
                                 Position or relationship to debtor

United States Bankruptcy Court

District of Kansas

In re: Matrix Electronic Measuring Inc.

Case No.

Chapter    7

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:    09/07/2023

/s/ Travis Young

Signature of Individual signing on behalf of debtor

President

Position or relationship to debtor

A&B Autobody
1650 Winnipeg Street, Regina, SK, S4P 1E

Amazon Web Services, Inc.
410 Terry Ave. North
Seattle, WA 98109

American Express
PO Box 6031
Carol Stream, IL 60197

American Express
1801 NW 66th Ave., Suite 103
Fort Lauderdale, FL 33313

Anderson & Koch Ford- Body Shop
New Branch, MN 55056

APC Auto Body
North Dartmouth, MA 02747

Attorney General, Main Justice Building
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

Auto Body Hawaii
Kailua Kona, HI 96740

Auto Fix South Bay
Redondo Beach, CA 90278

Auto Tech Services Inc
Mansfield, TX 76063

B & D Autobody
1488 Clark Drive, Vancouver, BC, V5L 3K8

Bebrick Collision
Waco, TX 76706

Bennington State Bank
P.O. Box 3197
Salina, KS 67402

Body Builders Automotive, Inc
Rolling Meadows, IL 60008

Buntings Auto Body LLC
Minneapolis, MN 55441

Carrillo & Sons Collison Center Inc.
San Diego, CA 92120

Carstar Brampton
110 Advance Blvd., Brampton, ON, L6T 4J4

CARSTAR Ellis Brothers Collision
Milford, MI 48380

CARSTAR of Hayden
Hayden, ID 83835

CARSTAR Poplar Bluff
Poplar Bluff, MO 63901

CARSTAR Porter's Kearney Body

CARSTAR Precision Collision Auto Body
Cold Spring, MN 56320

CARSTAR Scola's Collision Center

Charles Walker
500 Graves Blvd.
P.O. Box 856
Salina
KS 67402

Cheryl R. Meier Living Trust
3191 S. Simpson Rd.
Salina
KS 67401

Coggin Collision Center Of Arlington
Jacksonville, FL 32244

Coggin Collision Center Of Orange Park
Jacksonville, FL 32244

Collimotive Carstar
Winter Park, FL 32792

Collimotive Carstar

Collision Specialists Inc
Austin, MN 55912

Conestoga Collision, LLC
Berwyn, PA 19312

Connie Eustace Conv. Debt
P.O. Box 356
Salina, KS 67402

Connie J. Eustace
P.O. Box 356
Salina
KS 67402

Cope Plastics, Inc
P.O. Box 368
Godfrey, IL 62035

Corporativo Boya S.A de C.V.
Mariano Abasolo 612
San Pedro Garza Garcia,  66237

Crawford Body Shop
Burley, ID 83318

Cutting Edge Refinishing, Inc dba Cutting
Tucson, AZ 85714

D&M Auto Body
Rockaway, NJ 07866

Darwin G. & Kathleen K. Knoll (JTWRS)
P.O. Box
367
Haysville
KS 67060

David A. Payne & Wealtha Ann Payne
100 River Place #4
Salina
KS 67401

David J. Nicol
9871 W. 83rd St.
Shawnee Mission
KS 66204

David Nicol
9871 W. 83rd St.
Shawnee Mission
KS 66204

David's Collision Repair Inc.
Georgetown, TX 78626

DCR Systems LLC
Duluth, GA 30097

DCR/Classic Accident Repair Center
Duluth, GA 30097

Deborah Devine Trust
1748 Glen Ave.
Salina
KS 67401

DJ Sullivan Collision
Marshfield, MA 02050

Doug Weller
108 N. Bradley
Salina
KS 67401

DropBox, Inc.
1800 Owen Street
San Francisco, CA 94158

DVK Enterprises
13880 W. 30th Ave.
Golden
CO 80401

ELI'S AUTO CENTER
Los Angeles, CA 90048

ENS Collision
285 Venture Cresent, Saskatoon, SK, S7K

Eustis Body Shop
Eustis, NE 69028

First Aid Collision
Arden, NC 28704

Fix Auto Decarie
5400 Rue Ferrier, Ville Mont-Royal, QC,

Fix Auto Redlands
Redlands, CA 92373

Fix Auto Springfield
Springfield, OR 97478

Flower Hill Auto Body

FRANK'S ACCURATE BODY SHOP
Slidell, LA 70461

Garage Landry ET Fils
303 William,  Drummondville, QC,  J2C 3C

George Jerkovich IRA Conv. Debt
501 S. Santa Fe. Suite 300
Salina, KS 67401

George S. Jerkovick
501 S. Santa Fe. Suite 300
Salina
KS 67401

George W. Easter
638 Highland Ave
Salina
KS 67401

George's Paint & Body
Bryan, TX 77803

GoDaddy Operating Company LLC
2155 E. GoDaddy Way
Tempe, AZ 85284

Guidelight Business Solutions
301 E. Plasant Street
Amherst, MA 01002

Hampden Auto Body
Englewood, CO 80110

Hansen Capital Investments, LLC
11208 Delmar St.
Shawnee Mission
KS 66211

HCI LLC & HCI LLC 02
11208 Delmar St.
Shawnee Mission, KS 66211

Hjelm's Body Shop
Helena, MT 59601

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19255

Iowa Auto Rebuilders
Waterloo, IA 50701

Janet & Robert Srack
279 N. 170th Road
Bennington, KS 67422

Janet Srack
279 N. 170th Road
Bennington, KS 67422

Janet Srack 01
279 N. 170th Road
Bennington, KS 67422

Janet Srack 02
279 N. 170th Road
Bennington, KS 67422

Janet Srack 03
279 N. 170th Road
Bennington, KS 67422

Janet Srack 04
279 N. 170th Road
Bennington, KS 67422

Janet Srack 05
279 N. 170th Road
Bennington, KS 67422

Jeffrey Thompson
1725 Vortex Ave.
Salina
KS 67401

Jerry Rhynes Collision Repair
Charlotte, NC 28227

Joan Myers Hoffman
539 Upper Mill Heights
Salina
KS 67401

Joan Myers Jerkovich Conv. Debt
539 Upper Mill Heights
Salina, KS 67401

Joel M. Berry
807 Morning Dove Ct.
Lawrence
KS 66049

John Divine
P.O. Box 2206
Salina
KS 67402

John Divine Trust
1748 Glen Ave.
Salina
KS 67401

John Peterson
2020 Eastbank Dr.
Salina
KS 67401

Johnny's Pro Auto Body
Wynne, AR 72396

Jones Auto Wrecking
Florence, SC 29501

Julie Sager Miller Trust
949 Balow Dr.
Salina
KS 67401

Justin R. Lough
P.O. Box 367
Haysville
KS 67060

Karen Hale Young Trust
4300 N. Ohio St.
Salina
KS 67401

Ken Vance Motors
Eau Claire, WI 54701

Kent & Marcy Buer
1413 Austin Circle
Salina
KS 67401

Kent D. & Marcy L. Buer
1413 Austin Circle
Salina
KS 67401

Kent M. Berkley
2130 S. Ohio
Salina
KS 67401

Kent M. Berkley Trust
2130 S. Ohio
Salina
KS 67401

Kent M. Berkley Trust Conv. Debt
P.O. Box 180
Salina, KS 67402

Kevin L. & Cheryl M. Myers
1307 Bentley
Salina
KS 67401

Kevin R. & Mary L. Peterson
652 Briarcliff Rd.
Salina
KS 67401

Key Buick GMC Hyundai
Jacksonville, FL 32216

KS Center for Entrepreneurship
1845 Fairmont
Wichita
KS 67206

KTEC Holdings, Inc
109 SW 9th St.
Suite 5
Topeka
KS 66612

Lee Young
1725 Vortex Avenue
Salina, KS 67401

Lee Young
3324 S. Simpson Rd.
Salina
KS 67401

Lenny's Auto Body
Middleboro, MA 02346

Long Collision Center
Webster, MA 01570

Majestic Auto Body
Idaho Falls, ID 83401

Manuel Collision Center, Inc.
Ada, OK 74820

Matrix Electronic Measuring Properties, LLC
1725 Vortex Avenue
Salina, KS 67401

Matrix Electronic Measuring, LP
1725 Vortex Road
Salina
KS 67401

MAURICE'S AUTO REPAIR & TOWING
Lakeland, FL 33811

MC AUTO BODY
Honolulu, HI 96819

McLaughlin Motors Inc
Moline, IL 61265

Mid-America Angels Investments, LLC
8527 Blue Jacket St.
Shawnee Mission
KS 66214

Midway Collision Center
Somersworth, NH 03878

Mitchell International, Inc.
P.O. Box 229001
San Diego, CA 92192

Mitchell's Crash Repair
Great Falls, MT 59401

Mollie Carter
421 Country Club Rd.
Salina
KS 67401

Mr. B's Paint & Body

MVA Capital Group
7829 E. Rockhill #307
Wichita
KS 67206

NCKCN
dba StartUp Kansas
P.O. Box 565
Beloit, KS 67420

Nikon Inc.
Wells Fargo Lock Box Operations
1740 Broadway-Lower Level 3
Denver, CO 80274

North Central Kansas Community Network Co.
109 N. Mill Street
P.O. Box 565
Beloit, KS 67420

North Central Kansas Community Network, Co
109 N. Mill St.
Beloit
KS 67420

Northside Collision

O'Hare Auto Body
Bensenville, IL 60106

O.K.C. Autobody Inc.
Sparta, IL 62286

Office of the United States Trustee
400 E 9th Street
Room 3440
Kansas City, MO 64106

Ogston's Body & Paint
Duluth, MN 55811

Oser Communications Group
PO Box 30520
Tucson, AZ 85751

Perfection Auto Body
Burlington, WI 53105

Perfection Auto Inc.

Performance Collision Center
Fairfield, OH 45014

Pho-Tech Service Center
110 N. Main
Box 638
Hesston, KS 67062

Porter Auto Body East
Newark, DE 19711

Porter Auto Body West
Newark, DE 19711

Precision Autobody Repair
2326 Ave C, North, Saskatoon, SK, S7L5X5

Purnell Body Shop
Elkton, MD 21921

R & B Investment LLC/Brian Rieger
905 West Crawford
Clay Center
KS 67432

R & B Investment LLC/Joseph R. Beck
905 West Crawford
Clay Center
KS 67432

Randazzo's Gallery Collision Center Inc.
Bradley, IL 60915

Randy's Body Shop
Paducah, KY 42003

Rebecca Johnson
360 Maple Ave.
Salina
KS 67401

Richard L. & Janice E. Edwards
7920 E. Hwy 24
Manhattan
KS 66502

Rife's Autobody — Grandview
Columbus, OH 43215

Robert M. & Barbara M. Pickrell
360 S. Morris
Salina
KS 67401

Ron's Collision Center
Somerset, PA 15501

Russ Barragree
Salina
KS 67401

Russom's CARSTAR Collision
Dyersburg, TN 38024

Russom's CARSTAR Collision — Rutherford
Rutherford, TN 38369

Russom's CARSTAR Collision-Cape Girardeau
Cape Girardeau, MO 63701

Salina Vortex Corp
1725 Vortex Ave.
Salina, KS 67401

Salina Vortex Corp
1725 Vortex Ave.
Salina
KS 67401

Salina Vortex Corp.
1725 Vortex Ave.
Salina, KS 67401

Salina Vortex Corporation
1725 Vortex Ave.
Salina, KS 67401

Sandhills Investment Group
c/o Mr. Scott Henderson
2129 Humburger Road
Salina, KS 67401

Sandhills Investment Group
2129 Humburger Rd.
Salina
KS 67401

Sidney Body CARSTAR
Sidney, OH 45365

Sines Body Shop, Inc.
Fayetteville, AR 72702

Sound Collision Center
Renton, WA 98057

Spencer Fane Britt & Browne LLP
1000 Walnut Street
Suite 1400
Kansas City, MO 64106

Starr Group Inc.
6301 Charrington Dr.
Englewood
CO 80111

Tammie McArthur
858 Eastridge
Salina
KS 67401

Tammy McArthur
858 Eastridge
Salina
KS 67401

The Body Shop
Denver, CO 80224

Thomas R. & or Annette R. Lough
P.O. Box 367
Haysville
KS 67060

Thomas Srack – Bridge Loan
279 N. 170th Rd.
Bennington, KS 67422

Thomas Waldron CARSTAR Auto Body
Worcester, MA 01604

Thomas Wortmann
5638 Center St.
Omaha
NE 68106

Three C Body Shop
Columbus, OH 43223

Thrower Family Trust
845 1800 Avenue
Abilene
KS 67410

Tom Srack
279 N. 170th Road
Bennington, KS 67422

Top Gun Autobody
Helena, MT 59602

Top Gun Autobody – Townsend
Townsend, MT 59644

Travis Young
1725 Vortex Ave.
Salina
KS 67401

Troy CARSTAR
Troy, OH 45373

Tucker Auto Body & Towing
Imperial, CA 92251

U.S. Attorney, KS– Bankruptcy
500 State Ave., Ste. 360
Kansas City, KS 66101

U.S. Attorney, WDMO– Bankruptcy
400 East 9th Street, Room 5510
Kansas City, MO 64106

Universal Collision Centre
3910 Rochdale Blvd., Regina, SK, S4X 4P7

V&J Auto Body
Lindenhurst, NY 11757

Valley Collision II
Covina, CA 91723

Waldron's A-1 Auto Body
Lancaster, MA 01523

Waldron's CARSTAR Auto Body
Marlborough, MA 01752

Weaver's Body Shop of Gettysburg
Hanover, PA 17331

Web Creations & Consulting
119 W. Iron, FL 2
Salina, KS 67401

Westchester Classic Cars & Coachwork LTD
Danbury, CT 06810

WHI 02 Wichita Holdings, Inc.
Ms. Patricia Brashed
7829 E. Rockhill, #307
Wichita, KS 67206

WHI Wichita Holdings, Inc.
c/o Ms. Patricia Brashed
7829 E. Rockchild #307
Wichita, KS 67206

Wichita Holdings, Inc.
7829 E. Rockhill #307
Wichita
KS 67206

Wichita Technology Ventures, LLC
7829 E. Rockhill #307
Wichita
KS 67206

Wild Rhino LLC
1725 Vortex Avenue
Salina, KS 67401

William J. Myers
2530 Flor De Sol
Salina
KS 67401

ZoHo Corp.
4141 Hacienda Drive
San Jose, CA 95113

Zoom
55 Almaden Blvd.
San Jose, CA 95113

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Kansas

In re  Matrix Electronic Measuring Inc.

_____   Case No. _____

                                    Debtor(s)        Chapter    **7** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept_____   $  **50,000.00**_____

    Prior to the filing of this statement I have received_____   $  **50,000.00**_____

    Balance Due_____   $  **0.00**_____

2.  The source of the compensation paid to me was:

    X Debtor  ☐  Other (specify):

3.  The source of compensation to be paid to me is:

    X Debtor  ☐  Other (specify):

4.  X  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the Debtor(s) in any, contested matters for stay violations by creditors, adversary proceeding(s), or conversion of the
    case to another Chapter of the Bankruptcy Code. Representation by Attorney in any of the aforementioned matters is subject to
    both Attorney and Debtor(s) agreeing to such representation including a Fee Agreement entered into by the parties and approved
    by the Court, if needed. Postage and photocopies after the initial filing may be charged by Attorney if said costs exceed $15.00 per
    filing.**

## CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

    _9-7-23_____        _____

                                          Neil S. Sader, KS#16437
                                          2345 Grand Boulevard, Suite 2150
                                          Kansas City, Missouri 64108-2663
                                          816-561-1818
                                          Direct Dial: 816-595-1800
                                          Fax: 816-561-0818
                                          nsader@saderlawfirm.com

                                          _____