IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE: )
)
MATRIX ELECTRONIC MEASURING INC. ) CASE # 23-21075-7
)
Debtor(s). )

**NOTICE OF RECOVERY OF ASSETS**

COMES NOW, the Chapter 7 Trustee, Darcy D. Williamson, duly appointed in the above captioned matter and states that the Trustee anticipates the recovery of assets.

That the Trustee requests the Clerk to set a deadline for the filing of claims of 100 days from the date of the service of the Notice of Recovery of Assets on creditors and other parties of interest.

Respectfully submitted:

/s/ Darcy D. Williamson
DARCY D. WILLIAMSON
Attorney # 11337
1109 SW Westside Drive
Topeka, KS 66615
(785) 233-9908