IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In Re: )
Matrix Electronic Measuring, Inc., ) Case No. 23-21075-RDB
    Debtor. ) Chapter 7
_____ )

**TRUSTEE'S RESPONSE TO MOTION OF
BENNINGTON STATE BANK FOR RELIEF FROM AUTOMATIC STAY**

The Trustee for her Response, states:

1. Bennington State Bank ("BSB") has filed a Motion for Relief from Automatic Stay, or Alternatively for Adequate Protection (Doc. #14).

2. The Motion attaches a Note (Exhibit A) dated March 7, 2023, which the Trustee understands to be a renewal. The Note is in the amount of $641,997.17 and is joint and several with Co-Borrowers Janet M. and Robert Srack.

3. The Motion also attaches a Commercial Security Agreement (Exhibit B) dated (Loan Date) December 30, 2020. This Security Agreement extends to, effectively, all of the Debtor's assets and to "all contract rights" of the Sracks. The Security Agreement, as to the Debtor, is perfected (Exhibit C).

4. The Trustee has received information that the Note is further secured by significant real estate owned by the Sracks. There is a pending state court foreclosure action as to such real estate, Case No. OT-2023-CV-16, District Court of Ottawa County, KS.

5. The Sracks have filed a Chapter 13, Case No. 23-11022. They there list BSB with a claim of $651,087.67 (the $641,997.57 Note with interest) and secured by real estate valued at $719,340.00 (Srack Case Doc. #2, Schedule D, p. 23).

29X2064

6. The Debtor's Schedules here (Doc. #1, Schedule D, p. 16) shows BSB with a claim of $641,997.17 and the value of the Debtor's assets securing the same as $1,495,231.41. This is in addition to the Sracks' real estate valued at $719,25.00.

7. Based on the above, the Motion should be denied.

    KLENDA AUSTERMAN LLC

    s/J. Michael Morris
    J. Michael Morris, #09292
    301 N. Main St., Ste. 1600
    Wichita, KS 67202-4816
    Phone: (316) 267-0331
    Fax: (316) 267-0333
    Jmmorris@klendalaw.com
    Attorney for Darcy D. Williamson, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2024, the foregoing was filed with the Clerk of the court using the CM/ECF system which will send notification to all parties of interest participating in the CM/ECF system, and a copy was mailed postage prepaid to:

Robert A. Martin
Norton, Wasserman, Jones & Kelly LLC
213 S. Santa Fe
P.O. Box 2388
Salina, KS 67401-2388

    s/J. Michael Morris
    J. Michael Morris, #9292