IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In Re: )
Matrix Electronic Measuring, Inc., ) Case No. 23-21075-RDB
          Debtor. ) Chapter 7
_____)

## NOTICE OF RULE 2004 EXAMINATION

The Trustee, Darcy D. Williamson, by the undersigned counsel, will examine Travis Young and Jessica Sander, under oath on March 27, 2024 at 2:00 p.m. by telephone. The examination may continue from day to day until completed.

The examination is pursuant to Bankruptcy Rule 2004 and D. Kan. LBR 2004.1, and will be recorded. The scope of the examination shall be as described in Bankruptcy Rule 2004. Pursuant to D. Kan. Local Rule 2004.1, no order shall be necessary.

Undersigned counsel hereby certifies that he contacted the Debtor's attorney and that the examination has been set by agreement.

                                                           */s/ J. Michael Morris*
                                                           J. Michael Morris, #09292
                                                           KLENDA AUSTERMAN LLC
                                                           301 N. Main St., Ste. 1600
                                                           Wichita, KS 67202-4816
                                                           (316) 267-0331 Telephone
                                                           (316) 267-0333 Fax
                                                           Jmmorris@klendalaw.com
                                                           *Attorney for Trustee*

### CERTIFICATE OF SERVICE

I certify that a true copy of this Notice was served on the examinees c/o Neil S. Sader by first class mail and e-mail on March 13, 2024 to:

    Neil S. Sader
    The Sader Law Firm
    2345Grand Blvd Ste 2150
    Kansas City MO 64108-2663
    nsader@saderlawfirm.com
    *Attorney for Debtor*

                                                           */s/ J. Michael Morris*
                                                           J. Michael Morris

29Y6462