**SO ORDERED.**

**SIGNED this 25th day of March, 2024.**



*Dale L. Somers*
Dale L. Somers
United States Chief Bankruptcy Judge

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In Re:

**MATRIX ELECTRONIC MEASURING INC.,**
       Debtor(s)                          Case No. 23-21075-7

___

## ORDER REASSIGNING AND TRANSFERRING CASE

**NOW,** on this date, the above-captioned matter comes before the Court *sua sponte*.

**AND THE COURT,** after having reviewed the file herein, finds that a related case was filed in the Wichita Division and assigned to Judge Mitchell L. Herren.

**IT IS THEREFORE BY THE COURT ORDERED** that the Honorable Chief Judge Dale L. Somers hereby reassigns and transfers this case to the Honorable Mitchell L. Herren, United States Bankruptcy Judge for the District of Kansas, at the Wichita Kansas Division.

###