Form fnldec  (Revised 08/01/2018)

## United States Bankruptcy Court – District of Kansas
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number: 23–21075                    Chapter: 7

In re:

Matrix Electronic Measuring Inc.
dba    DBA The Matrix Wand
1725 Vortex Ave.
Salina, KS 67401

EIN: 32–0236432

**FINAL DECREE**

| Filed And Entered By The Court |
|---|
| 3/25/24 |
| David D. Zimmerman |
| Clerk of Court |
| US Bankruptcy Court |

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT:

1. Darcy D Williamson TR is discharged as trustee of this estate and the bond is cancelled.

2. This chapter 7 case is closed.

Document 29

s/ Robert D. Berger
United States Bankruptcy Judge